McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**SEALED**

**FILED**

OCT 0 9 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>1998 White Ford F-150 with a black passenger door and black tailgate, with California license plate 5Z18368 | CASE NO. 2:19 - SW 0 8 7 4 ____ DB<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

**SEALING ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the

search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any

person, unless otherwise ordered by this Court.

Dated: _10 - 9 - 19_____        _____
                                                                        Hon. Deborah Barnes
                                                                        U.S. MAGISTRATE JUDGE