1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**FILED**

Jun 04, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| 11 12 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | ~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|---|
| 13 14 | 2005 Gold Mercedes-Benz Convertible coupe with California license plate 5JLZ160 | 2:19-SW-0866-DB |
| 15 16 | 2002 Blue Chevy Avalanche four door pickup truck with California license plate 6T58075 | 2:19-SW-0867-DB |
| 17 | The Person of Phil Roger WEGER | 2:19-SW-0868-DB |
| 18 | The Person of Sharon Lee TEAGUE | 2:19-SW-0869-DB |
| 19 | The Person of Brad William HESSE | 2:19-SW-0870-DB |
| 20 | 13380 Brookwood Way, Lathrop, CA 95330. | 2:19-SW-0871-DB |
| 21 22 | 2007 Blue Ford Mustang with California license plate 6ACW665 | 2:19-SW-0872-DB |
| 23 24 | 1990 Black Toyota pickup with California license plate 88547P2 | 2:19-SW-0873-DB |
| 25 26 | 1998 White Ford F-150 with a black passenger door and black tailgate, with California license plate 5Z18368 | 2:19-SW-0874-DB |

27

28  / / /

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT                1
AFFIDAVITS

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: June 4, 2020

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE